Thompson
vs
State of Utah

2:10cv1075 { on charges of wrongful arrest and incarceration! deprivation of income.

U.I. Dept., Dept of Workforce Services, ORS, S.S.I. workmans comp etc!!!
(These are all payed entitlements) Through taxes

all perpetrated by and through State Contractors & agency's by the aforementioned people!

B.P. Corps. etc!! Moms Business Corps (organized crime/racketeering) Money laundry etc...

special prosecutor



Division of Medicaid and Health Financing
PO BOX 143108
SALT LAKE CITY, UT 84114-3108

*affidavit for order to proceed w/o fees*

*1101000001

Michael H Thompson
3581 S DEANN DR
WEST VALLEY CITY UT 84128-2526

**State of Utah**

**Utah Department of Health**

GARY R. HERBERT
Governor

SPENCER J. COX
Lieutenant Governor

JOSEPH K. MINER, M.D.,
M.S.P.H., F.A.C.P.M.
Executive Director

ROBERT T. ROLFS, M.D., MPH
Deputy Director

NATE CHECKETTS
Deputy Director
Director, Medicaid and
Health Financing

April 22, 2017

Case Number: 00175516
PI Number: 0601613166

**MEDICAID BENEFIT LETTER**
Effective: May 2017

*KEEP THIS FOR YOUR RECORDS UNTIL YOU RECEIVE A NEW BENEFIT LETTER*

Member: MICHAEL H THOMPSON     Benefit Type: Traditional
DOB: 11/14/1957   Gender: M   Member ID: 0601613166

Co-Pay Information: No Co-pay required
Eligible Services: This member is eligible for medical and pharmacy services.

Health Plan: SELECTHEALTH COMMUNITY CARE   Phone: 1-855-442-3234

Pharmacy Billing Information: SelectHealth Pharmacy Services   Phone: 1-855-442-3234
Rx Group: U1000008   Rx Bin: 800008   Rx PCN: 606   Rx ID: 000

Mental Health Provider: SALT LAKE CO - OPTUM HEALTH   Phone: 1-877-370-8953
Substance Use Disorder Provider: SALT LAKE CO - OPTUM HEALTH   Phone: 1-877-370-8953

You will receive a new Benefit Letter if there is a change in the above information.
For information about your benefits, visit mybenefits.utah.gov or call 1-844-238-3091.
For changes or questions about eligibility, visit jobs.utah.gov/mycase or call 1-866-435-7414.
Report changes or corrections in other insurance to ORS at 801-536-8798.

REMINDER: If you have a health, dental or mental health plan, you can ask for a copy of each plan's handbook at any time. The handbooks have information on covered services, how to get them, your rights and responsibilities, the plan's grievance system and other helpful topics. See your plan's contact information above if you would like to ask for a handbook.

Your Honor,   pg # 1 of 7

This entry for a lawsuit I'm sure is out of the ordinary. But so is and are all the facts that lead me hear today. Some are agrivating as hell, some are physical painfull as hell, and some as sad as any story one could conceive! I have tryed to acquire a lawyer but only get the same run around as I do with my medical needs, that are all man made! By sad to say family, friends,

aquaintences through life[...] 
[...]tly by those whom are as 
[...] as hell or that anyone could
[...]onceive! All I'm asking for is
[...] a fair shake at justice for
those missing, murdered and
raped as well myself, feeling
all this pain myself! But am
asking for your help and that
of the agency's necessary to prov[...]
justice for myself and the ot[...]
familys affected by the
[...]eed, contempt and plain

guard for life itself! These
people (perps) are suppose to be
the area's elite and rich! They
being business owners, philanthrop
ists etc! But I have the proof
and evidence to back up my
accusations toward all these
people that ssed to say work in
all aspects of our society send are
misled by those whom have stole
the money, sold the drugs - even
given to mislead all said
people! Most are just guilty
of being ignorant and com

cent, but never the less mis lead by the deviant behavior and acts of others lying to save their own asses! Sad to say but even my family! So your Honor please take the time to read what I have written look at the document (ticket signed by Det. Dan Chamberlain 343) as it is proof - evidence to lead to the arrest of more than one perp in the missing person case of Cindy Buehler Tooele High School 1979 0 26th, read the information

...ve to J'...lge Samuel Iba... ...se # 2:10 CV 1075 starting in ...ept of 2010. This is not even something one would want to try and make let alone live through! The pain inflicted day and night is at times unbearable physically! I have the proof from providers at JFK IMC that they won't acknowledge because of the positions these p... hold! As I can see it and ...eel physically though the...

am only one of many affected by the sickness and greed that project these people to do these sick things. As they monitor my phone, my mail, etc I would appreciate being subpoenaed to speak with you or a special prosecutor to even come to my place of residence with even the F.B.I. to speak about these things and start the process of obtaining even more evidence and proof of criminal stalking and attempted

...der, as well music'n Sherrie
...ocks, as even her extended fam-
...ly is involved!

Hopeing to hear from you soon!
I could really use the help and
have the medical needs attended
to properly (removal of devices)!

Having and open mind is the
place to start! Then notify
me! Respectfully
385-529-9765  Mike Thompson
...So Deann Dr. West Valley City