(Mike)

Name: Michael Hobbs Thompson
Address: 3581 So. Deann Dr. WVC ity, Ut 84128
Telephone:
385-529-9765

FILED
U.S. DISTRICT COURT

2018 JUN 25 P 2: 57

DISTRICT OF UTAH

CLERK

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

Central DIVISION

---

(Mike) Michael Hobbs Thompson

(Full Name)

PLAINTIFF

vs.

State of Utah
Utah Attorney Generals Office
Oct/Lt. Dan Chamberlain + Family + Assoc.
Workmans Compensation Fund

DEFENDANTS — See more
on attachments

Mtn Motion to Ammend and
add Defendants / STATE CONTRACTORS

**CIVIL RIGHTS COMPLAINT**
(42 U.S.C §1983, §1985)

CIVIL NO. 2:18-CV-00307-DB
(Supplied by Clerk)

---

### A. JURISDICTION

1. Jurisdiction is proper in this court according to:

   a. __ 42 U.S.C. §1983
   b. __ 42 U.S.C. §1985
   c. __ Other (Please Specify) _____

2. NAME OF PLAINTIFF (Mike) Michael Hobbs Thompson
   IS A CITIZEN OF THE STATE OF Utah

   PRESENT MAILING ADDRESS: 3581 South Deann Dr.
   West Valley City, Utah
   84128

3. NAME OF FIRST DEFENDANT *State of Utah + Atty Gen Office*

IS A CITIZEN OF *Salt Lake City, Utah*
(City and State)

IS EMPLOYED AS *Atty's General* at *State Capital*
(Position and Title if Any)  (Organization)

Was the defendant acting under the authority or color of state law at the time these claims occurred?

YES **✓** NO ___ . If your answer is "YES" briefly explain.

*failed to provide security and stop criminal stalking as per Case # OS0911112 by Det/Lt Dan Chamberlain + all entries of AG's office*

4. NAME OF SECOND DEFENDANT *Det/Lt. Dan Chamberlain*
(If applicable)

IS A CITIZEN OF *Grantsville Utah / ? state task force ?*
(City and State)

IS EMPLOYED AS *Policeman* at *Grantsville P.D.*
(Position and Title if Any)  (Organization)

Was the defendant acting under the authority or color of state law at the time these claims occurred?

YES **✓** NO ___ . If your answer is "YES" briefly explain.

*Has been stalking me as per exhibits and ▨▨▨. I am an eye witness to his and brothers and associates, crimes as named in exhibits Brockbank Miller Price Herber Whiteheads*

5. NAME OF THIRD DEFENDANT *Workmans Compensation fund*
(If applicable) *Ms Eklund*

IS A CITIZEN OF *Vernal Oler ? city State of Ut*
(City and State)

IS EMPLOYED AS *Case Worker/ Agent* at *Workmans Comp Fund*
(Position and Title if Any)  (Organization)
*(adjusters)*

*Murder + Desc Cration of Bodys 1 of 6*

Was the defendant acting under the authority or color of state law at the time these claims occurred?

YES ✔ NO___. If your answer is "YES" briefly explain.

_Case Manager / State contractors !_

_____

_____

6.  NAME OF FOURTH DEFENDANT _Dept of Recovery Services_
    (If applicable)       _Lori Herbert — back to 1991_

    IS A CITIZEN OF___?___ _State of Ut._
             (city and State)

    IS EMPLOYED AS _Case Worker_ at _Dept of Recovery Service_
        (Position and Title if Any)    (Organization)
    Was the defendant acting under the authority or color of state law at the time these claims occurred?

    YES ✔ NO___. If your answer is "YES" briefly explain.

_Asst. Utah Attorney Generals Office_
_serve fraudulent papers to my former_
_employer and Workman's Compensation fund !_

(Use additional sheets of paper if necessary.) _see attachments for more defendants !_

**B. NATURE OF CASE**

1.  Why are you bringing this case to court? Please explain the circumstances that led to the problem. _Errirace crimes of criminal Stalking_
_deprivation of income through fraud !_
_false arrest and incarceration !_

_and deprivation is the reasoning for_
_my request for appointment of Counsel !_



Attachment 1

Department of Workforce Services
PO BOX 143245
SALT LAKE CITY, UT 84114-3245

*5th Defendant* 400 14
*utah gov*

*criminal stalking deprivation*

Date Mailed: 06-05-2018

Case Number: 175516
PID: 060161316

*charges*

MICHAEL H THOMPSON
3581 S DEANN DR
WEST VALLEY CITY, UT 84128-2526

*I have 100% Total Disability through State Board of Health*

Disability Medicaid Redetermination Packet

Dear MICHAEL H THOMPSON

*Affidavit in Support*

It is now time to review your disability status for Disability Medicaid through the State Medical Disability Office. Your redetermination has been assigned to the Disability Medicaid Determination Team which will assist you with the redetermination process.

This packet contains a Medicaid Disability Addendum (Form 354) and Authorization to Release Health Information (Form 114R). When you complete the Form 354, check your personal information for accuracy and include your medical provider/facility/hospital(s) name, address(s), and phone number(s). Please return the completed forms within 10 days of receiving this notice.

Twelve months of medical records will be requested from the medical providers listed on the Form 354. If you have medical records for the past 12 months that support your disability claim, send those to us as well.

We cannot request records, schedule appointments or assist you with obtaining these until the Forms 354 and 114R are completed and returned. If you need more time to complete the redetermination process, have questions or need help completing these forms, call the Disability Medicaid Determination team, Monday through Friday, 8:00 a.m. to 5:00 p.m., at 801-245-4848 or toll-free at 1-877-824-6531.

Mail your verifications to:

Department of Workforce Services
Imaging Operations
P.O. Box 143245
Salt Lake City, UT 84114-3245

Fax to:

Toll Free: 1-877-313-4717
Salt Lake City area: 801-526-9500

**Please write your name and case number on all verifications you send.**

<1361>

Toll free: 1-866-435-7414
Phone Number: 801-526-0950

Toll free FAX: 1-877-313-4717
FAX: 801-526-9500

Attachment #2

Defendant

1 criminal falsification
2 criminal deprivation
? participation
in fraud/deprivation
of income and false
of co-pays

afdavit in
support of

100% total
mean disability
muscle/skeletal
& Blood clots

**UTAH DEPARTMENT OF HEALTH**
**MEDICAID**
**BUREAU OF MANAGED HEALTH CARE**
Salt Lake City, Utah 84114

Received
5/19/10

Prsrt Std
US Postage Paid
SLC, UT
Permit # 4621

***********AUTO**SCH 5-DIGIT 84120
MICHAEL H THOMPSON
3581 S DEANN DR
WEST VALLEY CITY UT 84128-2526

T60 B82
35147

I have lifetime enrollment 100%
whoman

Attachment #3

To include all responsible person's in or of authority in all State Agencys past + present !

Atty. Generals — Shurtleff
Swallow
Reyes

Contractors

as stated
6 of those
men use
all the same
aliases !

Josuha L. Mettie / Floyde C Thompson & Sam Pitt
Josaha L Mettle Jr. (Jim)
Rodger Brockbank — / David Whitehead
Rodger Brockbank Jr — / David White...
Everett Herbert — AKA
Warren Buffit / Dr. William All...
Everett Herbert Jr. / Allred, ...
Daniel Hebert / Chamberlain
Rick Herbert / Rodger Milla...

tachment #3

all exhibits and affidavits
of support can be found
in case # 2:10 CV 1075
Judge Samuel Alba'

all fraud will be signed by
retired Judges w/ta forged
Signatures! Sept. 2010 to date
all perpetrated by these men and
these women in positions throug
State & Fed; contractors etc! all
using aliases to monopolize in
Fed & State Agencys!

This is not some damn movie & this is your life all statements are true! Seems no one cares about 16 extra Body's @ the Browns farm, Cindy Buehler, etc...

I have $ do!

Respectfully

Mike Thompson

? why have Judges recusels been forwarded to State of Utah

## C. CAUSE OF ACTION

1. I allege that my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary you may attach additional pages)

   a. (1) Count I: _Criminal Stalking_

   (2) Supporting Facts: (Describe exactly what each defendant did or did not do. State the facts clearly in your own words without citing legal authority or arguments.)

   _see all exhibits in case 2:10CV1075 Fed Dist Ct, case # 050911117 3rd Dist Ct. State of Ut. / Det./ or Chamberlain refusing to follow State statues and his family & associates in other agencys being also respondents named in Case # 0509 111 2SR 3rd Dist State of Ut. all exhibits exist in case files._

   b. (1) Count II: _Wrongful arrest and incarceration_

   (2) Supporting Facts: _arrested and incarcerated me on fraudalent charges / see exhibits case # 2:10CV1075 Judge Samuel Alba_

   c. (1) Count III: _deprivation of income_

(2)    Supporting Facts: _Wrongful evictions_
_fraudulent withholding of_
_funds from Unemployment Ins,_
_Workmans Compensation fund_
_Social Security - being held up_
_by family & associate @ Zions Bank_
_Interferance in medical needs_
_IMC / IHC_ **D. INJURY** _& Mtn Medical_

1. How have you been injured by the actions of the defendant(s)?

_Life threatening blood clots_
_being 1st, deprivation of income_
_to exasberate medical needs!_
_Malpractice / Interfearance with & by_
_Dr's, attempted murder by &_
_through deprivation of needs / & medications_

## E. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1. Have you filed other lawsuits in state or federal court that deal with the same facts that are involved in this action or otherwise relate to the conditions of your imprisonment? YES __✓__ / NO _____. If your answer is "YES," describe each lawsuit. (If there is more than one lawsuit, describe additional lawsuits on additional separate pages, using the same outline.)

    a.        Parties to previous lawsuit:

        Plaintiff(s): _(Mike) Michael Hobbs Thompson_

        Defendant(s): _State of Utah & all entities_
        _(Contractors)_

    b.        Name of court and case or docket number: _Federal Dist Court_
_Central Division_
_2:10 CV 1075_                                   _Main Street SLCUt_
_Judge Samuel Alba_                          _Sept 2010_

_050911112 Judge_        _3rd Dist Court SLCUt_
_Fredricks_                        _1, 22-05_

c. Disposition (for example: Was the case dismissed? Was it appealed? Is it still
pending?) _Not not dismissed / will_
_discuss in court_

d. Issues raised? _Same_

_Have never been to trial !!!_ _Fed Dist Ct. !_

e. When did you file the lawsuit? _2010_

                                        Date    Month    Year

f. When was it (will it be) decided? _never_

2. Have you previously sought informal or formal relief from the appropriate administrative
officials regarding the acts complained of in Part C? YES _✓_ / NO _____. If your answer
is "YES" briefly describe how relief was sought and the results.  If your answer is "NO"
explain why administrative relief was not sought.

_file actions of wrongful witholding_
_State Courts 3rd Dist / never heard back_
_got order to proceed from Judge Alba_
_Fed Ct. filed readiness and only got_
_fraudulent papers signed by retired Judges_
_Clark Waddoups + Warner / Paul_

## F. REQUEST FOR RELIEF

1. I believe that I am entitled to the following relief:

_any and all wrongful witholding_
_and assets gained thereof !_
_from_
_all named defendants in exhibits_
_as well the State of utah and_
_contractors !_
_Being of Non Profits Status /_ _To be determined in court !_

## DECLARATION UNDER PENALTY OF PERJURY

      The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint, and that the information contained therein is true and correct. 28 U.S.C. §1746; 18 U.S.C §1621.

Executed at ___*S.L.C.*___ on ___*6-25*___ 20*18*
           (Location)        (Date)

*Mike Thompson*
Signature



JS 44 (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
*Salt Lake*

**(b)** County of Residence of First Listed Plaintiff   *Salt Lake*
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
*Pro Se*

**DEFENDANTS** *State of Utah*
*all entities of Contractors & Assoc.*
*S.L. Co*

County of Residence of First Listed Defendant  *S.L. Co*
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.  *N/A*

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☐ 1  U.S. Government
Plaintiff

☒ 3  Federal Question
*(U.S. Government Not a Party)*

☐ 2  U.S. Government
Defendant

☐ 4  Diversity  *Caucasin*
*(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*                   *and One Box for Defendant)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☒ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☒ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | Pharmaceutical Personal Injury | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☒ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | Product Liability | | ☐ 820 Copyrights | ☒ 430 Banks and Banking |
| ☒ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | **PERSONAL PROPERTY** | | ☐ 840 Trademark | ☒ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 370 Other Fraud | **LABOR** | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☒ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☒ 362 Personal Injury - Medical Malpractice | ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Management Relations | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | | ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| | | | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g))  *SSI* | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | ☐ 871 IRS—Third Party 26 USC 7609 | ☒ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☒ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☐ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from Another District *(specify)*
☐ 6 Multidistrict Litigation - Transfer
☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☐ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See Instructions):*   JUDGE *Samuel Alba*   DOCKET NUMBER *2:10 CV 1075*

DATE

SIGNATURE OF ATTORNEY OF RECORD  *Pro Se  Michael Hobbs Thompson*

## FOR OFFICE USE ONLY

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

To: Whom it may concern — Judge?

All new exhibits to be use as evidence for trial and investigation by all Federal Authoritys in their respective agencys, F.B.I., US Atty Generals Office, Postmaster General etc!!!

Respectfully
Mike Thompson